UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
In re:                                          :
                                                :           Chapter 13
          BLANCA GARCIA                         :           Case No. 09-22229 (ASH)
                                                :
                              Debtor.           :
-----------------------------------------------------x

## <u>ORDER AWARDING LEGAL FEES</u>

      Upon the record of the hearing held on April 15, 2009 on the Debtor's objection to the claim and the amended claim filed by Home Loan Services, Inc., it is hereby

      **ORDERED** that Home Loan Services, Inc. (or its attorneys) shall reimburse the Debtor's counsel for legal costs incurred on this contested matter by paying the Debtor's attorney, Linda M. Tirelli, the sum of $1,500 within five days of the entry of this order.

Dated: White Plains, New York
     April 15, 2009

                         /s/ Adlai S. Hardin, Jr.
                                   U.S.B.J.