```
IN THE UNITED STATES BANKRUPTCY COURT
       SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN THE MATTER OF                      :

                                      :   CHAPTER 13
BLANCA GARCIA,                        :   CASE NO: 09-22229 (RRD)
         DEBTOR                       :
                                      :
-------------------------------------------------------------- X
```

## DEBTOR'S APPLICATION TO DISMISS
## VOLUNTARY CHAPTER 13 CASE

The Debtor, Blanca Garcia, through her attorney hereby respectfully moves the court to dismiss Debtor's Voluntary Petition for bankruptcy protection pursuant to Chapter 13 of the US Bankruptcy Code, as filed on February 19, 2009, without prejudice.

This the 2nd day of July, 2009

                                                                                                                                        /S/ Linda M. Tirelli, Esq.
                                                 Debtor's Counsel
                                                 Linda M. Tirelli, Esq.
                                                 Law Offices of Linda M. Tirelli
                                                 & Westchester Legal Credit Solutions, Inc.
                                                 202 Mamaroneck Avenue, 3rd Floor
                                                 White Plains, NY 10601
                                                 Phone: (914)946-0860 / Fax: (914)946-0870
                                                 Primary Email: WestchesterLegal@aol.com

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

IN THE MATTER OF :

**BLANCA GARCIA,** : **CHAPTER 13**
: **CASE NO: 09-22229 (RRD)**
**DEBTOR** :
:
----------------------------------------------------------- X

**PROPOSED ORDER
DEBTOR'S APPLICATION TO DISMISS
VOLUNTARY CHAPTER 13 CASE**

The Debtor's Application to Dismiss Voluntary Chapter 13 Case, having been considered by the Court is hereby AFFIRMED.

Debtor's Chapter 13 Bankruptcy Case is hereby DISMISSED without prejudice.


This the ____ day of _____, 2009

                                                                        _____
                                                                         Hon. Ronald D. Drain, US Bankruptcy Judge

# CERTIFICATE OF SERVICE

I, Linda M. Tirelli, attorney for the debtor, hereby certifies to the Court as follows:

1. I am not a party for the foregoing proceeding;

2. I am not less than 18 years of age;

3. I have this day served a copy of the foregoing **"DEBTOR'S APPLICATION TO DISMISS VOLUNTARY CHAPTER 13 PETITION"** and "**PROPOSED ORDER DEBTOR'S APPLICATION TO DISMISS VOLUNTARY CHAPTER 13 CASE**" on all parties in interest by placing the same in an envelope, first-class mail, postage prepaid, addressed to each person at his dwelling house or usual place of abode or to the place where he regularly conducts his business or profession as follows:

Home Loan Services, Inc.
150 Allegheny Center Mall
Pittsburgh, PA 15212

Amy E. Przewozny, Esq.
c/o Steven J. Baum, PC
220 Northpointe Parkway, Suite G
Amherst, NY 14228

Deutsche Bank National Trust Company ,
as Trustee for First Franklin Mortgage
Loan Trust 2006-FF9,
Mortgage Pass Through Certificates, Series 2006-FF9
Attn: Legal Department
60 Wall Street
New York, NY 10005

First Franklin Loan Services
PO Box 1838
Pittsburgh, PA 15230-1838

See Attached List of Mailing Matrix Preferred Addresses

**And via the Court's Electronic Case Filing System to:**
Attorney For Creditor:
Amy E. Przewozny, Esq.
c/o Steven J. Baum, PC
220 Northpointe Parkway, Suite G
Amherst, NY 14228

Jeffrey L. Sapir, Esq.
Chapter 13 Trustee
300 Knollwood Road, Suite 102
White Plains, NY 10603

4. To the best of my knowledge, information and belief, the parties in interest are not infants or incompetent persons;

5. Service as outlined herein was made within the United States of America.

This the 2nd day of July, 2009.

                                                   /S/ Linda M. Tirelli, Esq.
Debtor's Counsel
Linda M. Tirelli, Esq.
Law Offices of Linda M. Tirelli
& Westchester Legal Credit Solutions, Inc.
202 Mamaroneck Avenue, 3rd Floor
White Plains, NY 10601
Phone: (914)946-0860 / Fax: (914)946-0870
Primary Email: WestchesterLegal@aol.com